AO 91 (Rev. 11/11) Criminal Complaint

FILED ENTERED
LOGGED RECEIVED

OCT 21 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

JIMY SAMUEL ALFARO GODOY

*Defendant(s)*

Case No. 1:26-mj-2199-CDA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2026 in the county of Howard in the District of Maryland, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. Sec. 111(a), (b) | Assaulting, Resisting, Opposing, Impeding, Interfering with a Federal Officer and Inflicting Bodily Injury in Commission of Those Acts |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

Michael D'Angelo
*Complainant's signature*

Special Agent Michael D'Angelo, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: October 21, 2026

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Charles D. Austin, U.S. Mag. Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO.** 1:26-mj-2199-CDA |
| | * | |
| **JIMY SAMUEL ALFARO GODOY** | * | **FILED UNDER SEAL** |
| | * | |

*******

**AFFIDAVIT IN SUPPORT OF AMENDED CRIMINAL COMPLAINT**

I, Michael D'Angelo, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), and have served in that capacity since 2011. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 111. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens and other violations of the Immigration & Nationality Act (INA). Prior to my appointment to HSI, I was employed as a Special Agent with the United States Secret Service for nine years. I was also a police officer with the Montgomery County, Maryland Police Department for three and a half years. I am a graduate of the Criminal Investigators Training Program at the Federal Law Enforcement Training Center, the United States Secret Service Special Agent Training Program, and the Montgomery County, Maryland Police Academy.

2. As an HSI Special Agent, I have extensive training in various aspects of law enforcement, particularly in the investigation of immigration, customs, and other federal offenses.

As part of my daily duties and experience as an HSI agent, I have investigated criminal violations relating to human trafficking, fraud, organized retail theft, intellectual property rights, and money laundering. While employed as a Special Agent, I have participated in, assisted, and led numerous investigations. During those investigations, I have conducted surveillance, executed searches, questioned victims, witnesses, and suspects, utilized search and arrest warrants, and gathered intelligence through various other means. I am familiar with the immigration, customs, and federal statutes such as, but not limited to, violations of Title 18 of the United States Code. As an HSI Special Agent, I am charged with the duty of enforcing the immigration, customs, and other federal statutes and other duties imposed under the law by the Attorney General of the United States.

3. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) body worn camera (BWC) footage from the August 11, 2026, encounter with the Defendant, **JIMY SAMUEL ALFARO GODOY ("ALFARO GODOY")**, and reports and statements of other law enforcement officers (LEOs) involved in the investigation. Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4. This Affidavit is submitted in support of a criminal complaint for **ALFARO GODOY**, charging him with assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. § 111.

**PROBABLE CAUSE**

5. **ALFARO GODOY**, year of birth 2008 and age 18 years old at the time of the incident at issue here, is a citizen and national of Honduras and not a native, citizen, or national of the United States. His immigration history is set forth below.

6. **ALFARO GODOY** entered the United States on January 30, 2021, at or near Laredo, Texas, at which time he was in violation of 8 U.S.C. § 1182 212 (a)(6)(A)(i) of the Immigration and Nationality Act and was "an alien present in the United States without being admitted or paroled, or who arrives in the United States at any time or place other than as designated by the Attorney General." At the time of his entry, **ALFARO GODOY** was an Unaccompanied Minor (UAC) who did not have authorization to be in the United States. He was encountered with his two sisters. All three reported that they were coming to the United States to join their father and were transported to a juvenile housing facility. They were later released to their sponsor in the United States. **ALFARO GODOY** currently has an application pending with United States Citizenship and Immigration Services (USCIS) and has remained in the United States while that application is pending. A photo of **ALFARO GODOY** (obtained from immigration records) is below:



***Jimy Samuel* ALFARO GODOY** *Photo from 2025 Immigration Application*

7. On August 11, 2026, at approximately 1445 hours, ICE ERO Boston Strike Team (JST) conducted a targeted enforcement operation of a subject that they believed had a Final Order of Deportation. JST officers observed who they believed to be the subject of the Final Order enter a vehicle, a lime green with black racing stripe Ford Mustang with Maryland tag 5GN0145 (registered to another person, believed to be a family member of **ALFARO GODOY**, at an address in Columbia, Maryland). Officers followed the vehicle and observed it back into a parking space at the Eataliano Market & Deli located at 5325 Phelps Luck Drive, Columbia, Maryland 21045. Officers, wearing full tactical gear with "POLICE/ICE" identifiers, exited their vehicles, approached the heavily tinted Ford Mustang, and identified themselves as "policia" and later as immigration officers. The subject, later identified as **ALFARO GODOY**, was asked for identification, but refused to identify himself. **ALFARO GODOY** was uncooperative and asked the officers if they had a warrant. **ALFARO GODOY** told officers that he was not required to provide his identification and that "I was born here I don't need to show you shit."

8. The following images are still images taken from videos from body-worn camera worn by the ICE officers during the incident. Descriptions of what is shown in each still image are found below each image:



*BWC still image: Ford Mustang on August 11, 2026*



*BWC still image of **Jimy Samuel ALFARO GODOY** on August 11, 2026. **ALFARO GODOY** was sitting in the driver seat of the vehicle at the time of the image.*



*BWC still image of **Jimy Samuel** **ALFARO GODOY** on August 11, 2026.*
*This is taken from the BWC of a different officer. It also shows **ALFARO GODOY** sitting in the driver seat of the vehicle.*

9. During the encounter **ALFARO GODOY** raised and lowered his heavily tinted driver's side window several times. The BWC showed officers ordering **ALFARO GODOY** out of the vehicle; however, **ALFARO GODOY** refused. As an officer attempted to break **ALFARO GODOY's** driver's side window with his baton, **ALFARO GODOY** raised his window, turned his tires towards the right, and drove off at a high rate of speed almost immediately striking one of the ICE Officers, who had arrived on scene and was walking up towards the front passenger side of the Ford Mustang. BWC footage showed **ALFARO GODOY** and his Ford Mustang turn its wheels towards the aforementioned ICE Officer and accelerate towards him. The BWC video shows the ICE Officer attempting to jump out of the way of the oncoming Ford Mustang. Despite his efforts, the ICE Officer was struck by the Ford Mustang, which initially pinned his left leg against a Cadillac sedan which had been parked to the Ford Mustang. The ICE Officer's left leg appeared to be dragged by the Ford Mustang. As the ICE Officer's body rotated in the direction of the Ford Mustang's movement, his left leg became free, and then his right leg then became

pinned between the Ford Mustang and the Cadillac. The ICE Officer initially ended up on the ground, but he was able to get up and walk around shortly thereafter. After striking the ICE Officer, **ALFARO GODOY** did not stop and continued to drive off at a high rate of speed.

10. The following is a series of still images from the BWC of one of the other ICE officers at the scene (descriptions below each image):



*BWC image showing* ***ALFARO GODOY's*** *vehicle beginning to depart.*
*The ICE Officer who was struck is visible in the top right*




*The Ford Mustang turning towards the right into the ICE Officer who was struck.*





*Above two images: two BWC still images showing the collision between the Ford Mustang and the ICE Officer and the ICE Officer being raised from the ground and physically pinned between the fleeing Ford Mustang and a parked car.*



*The ICE Officer following the collision and the departure of the Ford Mustang. The ICE Officer was able to get up and walk around following the collision.*

11. Officers immediately called 911 and attended to the injured ICE Officer. The injured ICE Officer was initially taken to a local urgent care for x-rays. Due to the swelling of his leg, the urgent care staff recommended that he go to hospital emergency room because of their concern that he might have Compartment Syndrome. The ICE Officer was taken to the hospital for evaluation and observation. He was diagnosed with trauma and abrasions due to the impact. Your affiant has seen photos of the injury to the ICE Officer's leg and medical records reflect injury observed on the ICE Officer's leg (it should be noted that the injury is described as a "mild abrasion" and a "superficial abrasion" in parts of the records).

12. Based on the aforementioned evidence, the Defendant, **ALFARO GODOY** did forcibly assault, resist, oppose, impede, intimidate, and interfere, with the aforementioned ICE Officer, who was an officer employed by the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, while the ICE Officer was engaged in engaged in an official targeted enforcement operation and investigation involving United States immigration laws.

**CONCLUSION**

13. Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint for **JIMY SAMUEL ALFARO GODOY** for violations of 18 U.S.C. § 111.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

*Michael D'Angelo*
Michael D'Angelo, Special Agent
Homeland Security Investigations (HSI)

Sworn to before me over the telephone and signed by me pursuant to Federal Criminal Procedure Rules 4.1 and 4(d) this 21st day of October 2026.

HONORABLE CHARLES D. AUSTIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND